ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| VS. | ) | CASE NO: CR115-077-014 |
| | ) | |
| EUGENE MICHAEL GROSS | ) | |

## ORDER

The defendant, Eugene Michael Gross, is in the custody of the Bureau of Prisons.

Surety, Deborah Wilson Gross, has requested the return of the $2,000.00 cash security posted on the defendant's $20,000.00 bond.

IT IS HEREBY ORDERED that the cash collateral in the amount of $2,000.00 posted by Deborah Wilson Gross for this defendant, plus all accrued interest thereon, be returned to: Deborah Wilson Gross at 429 Utley Rd., Waynesboro, GA 30830-3210.

This 8th day of August, 2016 at Augusta, Georgia.

J. RANDAL HALL, DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA